UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBINSON SALTO, on behalf of himself, individually, and on behalf of all others similarly-situated,

                        Plaintiff,

            -against-

ALBERTO'S CONSTRUCTION, LLC and CARLOS RIVERA-SALTO, individually,

                        Defendants.

Civil Action No.: 17-cv-3583 (PED)

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court, that:

(a) the parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012);

(b) the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without an award of costs, disbursements, or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement agreement and entering judgment in accordance therewith should that become necessary.

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | NIXON PEABODY LLP |
| By: _____<br>Jeffrey K. Maguire, Esq.<br>655 Third Avenue, Suite 1821<br>New York, New York 10017<br>*Attorneys for Plaintiff* | By: /s/ David A. Tauster<br>_____<br>David A. Tauster, Esq.<br>50 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>*Attorneys for Defendants* |
| Dated: January 28, 2019 | Dated: January 28, 2019 |

SO ORDERED, on the __1__ day of __Feb.__, 2019, White Plains, New York:

_____
The Honorable Paul E. Davison, U.S.M.J.