**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SALTO, ET AL.,** | |
| **Plaintiffs,** | **17  Civ. 3583  (PED)** |
| –against– | |
| **ALBERTO'S CONSTRUCTION, LLC, ET AL.,** | **ORDER** |
| **Defendants.** | |

PAUL E. DAVISON, U.S.M.J.:

On preliminary review of Plaintiffs' motion to enforce the settlement agreement, Dkt. 43, the

Court has discovered that both parties have filed Spanish-language documents without translations.

It is hereby **ORDERED** that, to the extent the parties wish the Court to review or rely on

their respective filings, that Plaintiffs file certified translations into English of their submissions,

Dkts. 45-4 and 45-5, and Defendants file certified translations into English of their submissions, Dkt.

49 at 10-12. *See Sicom S.P.A. v. TRS Inc.*, 168 F. Supp. 3d 698, 709 & n.9 (S.D.N.Y. 2016).


Dated:  April 24, 2020
        White Plains, New York

                          **SO ORDERED**


                          _____
                          PAUL E. DAVISON
                          United States Magistrate Judge