

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

**David A. Tauster**
*Associate*
T 516-832-7559
dtauster@nixonpeabody.com

50 Jericho Quadrangle
Suite 300
Jericho, NY  11753-2728
516-832-7500

June 11, 2020

*Via ECF*

Hon. Paul E. Davison, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**RE:  Salto, et al. v. Alberto's Construction, LLC, et al.**
      **Docket No. 7:17-cv-03583 (PED)**

Dear Judge Davison:

    This firm represents all Defendants in the above referenced matter. We write pursuant to Your Honor's order of April 24, 2020, requiring Defendants to file certified English translations of their submission at Docket No. 49, pages 10-12. *See* D.E. 52.

    Attached please find the certified translation of pages 11-12, as well as the Translation Certification from Morningside Translations. Please note that page 10 was already in English, as the only text on the page reads "Exhibit 'B'".

    Please do not hesitate to contact undersigned counsel if you have any questions or would like to discuss this matter further. We thank Your Honor for all courtesies extended.

                                  Respectfully submitted,

                                  */s/ David A. Tauster*
                                  David A. Tauster

Encls.

cc:    All counsel of record (via ECF)

4846-9217-9647.1

  

Invoice: 001-003-000001283         20200301005C00028

**TRUE COPY OF DOCUMENTS EXHIBITED IN ORIGINAL No. 20200301005C00028**

REASON: Pursuant to Art. 18 paragraph 5 of the Notary Law, I attest that the above photocopy(ies) is (are) the same as the original document(s) that correspond(s) to the OFFICIAL NOTICE and that was shown to me in 1 sheet(s) of notarial paper. Once the certification(s) is (are) made, the document(s) is (are) returned in 1 sheet(s) and a copy is kept in the Book of Certifications. The truthfulness of its (their) contents and the proper use of the certified document(s) is the exclusive responsibility of the person(s) using them.
AZOGUES, JANUARY 8, 2020, (11:35).

[illegible signature]                                [There is a seal: DR. LIA J. NEIRA PALOMEQUE.
NOTARY LIA JOSEFINA NEIRA PALOMEQUE     FIFTH NOTARY. AZOGUES. ECUADOR]
FIFTH NOTARY OF THE AZOGUES CANTON

Azogues 01/08/2020

MR. DAVID A TAUSTER
CARLOS RIVERA'S LEGAL ADVISOR
CITY. -

[There is a seal: DR. LIA J. NEIRA PALOMEQUE.

FIFTH NOTARY. AZOGUES. ECUADOR]

Dear Sirs,

In response to your request received, I must inform that:

- On March 2, 2019, the amount of twenty thousand American dollars (USD 20,000.00) was paid to Mr. Robinson Gilberto Salto Z. with check document support.
- On March 5, 2019, the amount of twenty thousand American dollars (USD 20,000.00) was paid to Mr. Robinson Gilberto Salto Z. with check document support.
- The addition of the two amounts results in a total amount of forty thousand American dollars (USD 40,000.00), which is the amount owed to Robinson Gilberto Salto Z. with Identity Card No. 030054120-8

The information is confidential and is intended solely for the recipient, who may use it as he deems convenient for his interests.

Yours faithfully,

[Illegible signature]
Rómulo H. Rivera

# TRANSLATION CERTIFICATION

Date: June 5, 2020

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Spanish (Latin America)

To:

- English (USA)

The documents are designated as:
- Spanish Pages for Certified Translation.pdf

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*Leslie Yale*
Signature of Leslie Yale

Global Solutions. Local Expertise.