**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBINSON SALTO, on behalf of himself,
individually, and on behalf of all others
similarly situated,

                             Plaintiff,
      -against-                                      17 **CIVIL** 3583 (PED)

                                                        **JUDGMENT**

ALBERTO'S CONSTRUCTION, LLC AND
CARLOS RIVERA-SALTO, individually,

                             Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 31, 2020, Plaintiff's motion to enforce the settlement agreement is GRANTED. Plaintiff is awarded damages in the amount of $78,410.84 for back wages and liquidated damages, and Plaintiff's counsel is awarded attorneys' fees and costs in the amount of $2,322.50, for a total of $80,733.34.

**Dated:**  New York, New York

       July 31, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                **Clerk of Court**
                                 **BY:**
                                                                _____
                                                                **Deputy Clerk**